RODERICK P. BUSHNELL (46583)
BUSHNELL, CAPLAN & FIELDING, LLP
221 Pine Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 217-3800
Facsimile:    (415) 217-3820

LINDA J. SLOVEN (96263)
ATTORNEY AT LAW
216A MAIN STREET
Nevada City, California 95959
Telephone:     (530) 478-0150
Facsimile:      (530) 478-0157

Attorneys for Plaintiff
JACOB W. BEENTJES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB W. BEENTJES, | Case No. Civil 001423 FCD KJM |
| Plaintiff, | |
| v. | STIPULATION |
| PLACER COUNTY AIR POLLUTION CONTROL DISTRICT, | |
| Defendants. | |

**STIPULATION**                                                                                                \Caption

1 | The parties hereby stipulate to the above entitled action be dismissed with prejudice pursuant
2 | to the Federal Rules of Civil Procedure, Rule 41(a).

Date: _____/S/_____                    _____/S/_____
                                               RODERICK P. BUSHNELL, Attorney
                                               For Plaintiff, JACOB W. BEENTJES

Date: _____/S/_____                    _____/S/_____
                                               JAMES CARR, Attorney for Defendant
                                               PLACER COUNTY AIR POLLUTION
                                               CONTROL DISTRICT

**IT IS SO ORDERED**

**Dated: January 23, 2006**                    **/s/ Frank C. Damrell Jr.**
                                               JUDGE OF THE DISTRICT COURT

-2-

**STIPULATION**                                                              \Caption